ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

J5-6/Entered

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 3/13/14
_Bernson_
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CONTRERAS, | ) Case No. EDCV 13-1879-FMO (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| MR. SCHULTZ et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 3/11/14

_Fernando M. Olguin_
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE